February 27, 2009

Mr. Michael D. Conner
Hirsch & Westheimer, P.C.
700 Louisiana, Suite 2550
Houston, TX 77002

Mr. Jay L. Gueck
Olson Nicoud & Gueck, L.L.P.
1201 Main Street, Suite 2470
Dallas, TX 75202
Honorable David L. Evans
Judge, 48th District Court
401 West Belknap 8th Floor
Fort Worth, TX 76102

RE: Case Number: 07-0901
 Court of Appeals Number: 02-05-00397-CV
 Trial Court Number: 048-204713-04

Style: IN RE BANK OF AMERICA, N.A.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause. (Justice Johnson not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Thomas A. |
| |Wilder |
| |Ms. Stephanie |
| |Robinson |
| |Mr. Reagan W. |
| |Simpson |